IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


LARRY E. EALY,                              :
            Plaintiff,                      :
      vs.                                   :     Case No. 3:08cv386
                                            :
JOHN DANISH, et al.,                        :     JUDGE WALTER HERBERT RICE
                                            :
            Defendants.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE (DOC. #25) IN THEIR
ENTIRETY; PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING,
CONSTRUED AS TIMELY FILED (DOC. #26), OVERRULED;
PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER
(DOC. #2) OVERRULED; REQUEST FOR THREE-JUDGE PANEL TO
HEAR ALLEGATIONS CONTAINED IN THE RESTRAINING ORDER
(DOC. #26) OVERRULED; PLAINTIFF'S REQUEST TO AMEND PETITION
REFERRED TO MAGISTRATE JUDGE

---

Pursuant to the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge (Doc. #25), as well as upon a thorough review of the Court's file and the applicable law, said Report and Recommendations are adopted in their entirety. The Plaintiff's Objections to said judicial filing, construed as timely (Doc. #26), are overruled. Plaintiff's Request for a Temporary Restraining Order (Doc. #2) is overruled.

Plaintiff's Request for a Three-Judge Panel to hear allegations contained in the Restraining Order (Doc. #26) is overruled. Plaintiff's Request to Amend Petition with attachments (Doc. #26) is referred to the United States Magistrate Judge.

The captioned cause remains open on the docket records of this Court.

January 30, 2009

/s/ Walter Herbert Rice
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies mailed to:

Larry Ealy, *Pro Se* Plaintiff

All Counsel of Record